COMMONWEALTH *vs.* WILLIAM H. BROOKS.

Hampden.     September 25, 1895. — October 17, 1895.

Present: FIELD, C. J., KNOWLTON, MORTON, LATHROP, & BARKER, JJ.

*Indictment for Burning Dwelling-house — Evidence of Ownership.*

A defendant is rightly convicted of burning a dwelling-house standing on land be-·
longing to a woman with whom he is living but to whom he is not married, if
there is evidence that the building was the property of the woman.

KNOWLTON, J.   The building which the defendant was found
guilty of burning, under Pub. Sts. c. 203, § 1, was a dwelling-house
standing on land of Mary A. Burt.   She and the defendant were
not married, but they lived together in this house as husband
and wife, with their children.   The only exception in the case is
to the refusal of the presiding justice to direct a verdict for the
defendant on the ground that there was no evidence to sustain
the allegation of property in Mary A. Burt.

The great weight of the evidence was in favor of the Common-
wealth's contention that she owned the building, and it is doubt-
ful whether there was any evidence which would have warranted
a finding that the defendant owned it.*   It is entirely clear that
the judge could not properly give the instructions requested.
*Webster* v. *Potter*, 105 Mass. 414.   *Madigan* v. *McCarthy*, 108
Mass. 376.   *Westgate* v. *Wixon*, 128 Mass. 304.   *Howard* v. *Fes-
senden*, 14 Allen, 124.   *Poor* v. *Oakman*, 104 Mass. 309.

*Exceptions overruled.*

*D. E. Leary*, for the defendant.

*C. L. Gardner*, District Attorney, for the Commonwealth.

---

* The bill of exceptions recited that the defendant built the house on the
woman's land with her permission; that the lumber and other materials
therefor were bought in the name of both, and paid for from the proceeds of
a joint and several note signed by the defendant and Mary A. Burt under
the name of Mary A. Brooks, which note was unpaid at the time of the fire,
and that after completion the house was occupied by the defendant and
Burt, although still unmarried, until the day of the fire.